UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

Jeremy Marcum
                    Plantiff          CASE # 2:24-cv-00697
V.
Michael Dempsey                       Jury Trial Demanded
Zachary White
(Correctional officers Defendants
Sued in thier individual capacitys)

FILED
DEC - 4 2024
RORY L. P... CLERK
U.S. District Court
Southern District of West Virginia

# PLANTIFFS VERIFIED COMPLAINT

Now comes plantiff, Jeremy Allen Marcum Pro-Se Here by States His Verified Complaint As follows:

## A. PARTIES

(1) Plantiff, Jeremy Marcum (Herein After refered to As Plantiff) Is A citizen and Resident of West virginia And At All times Relevant Incarcerated At the Mount olive Correctional Complex.

(2) Defendants Michael Dempsey And Zachary White Are And Were At All times Relevant employed by the West virginia Department of Corrections and Rehabilitation, Herein After "WVDCR" As Correctional officers At the Mount olive Correctional Complex.

(1)

# B. JURISDICTION

(3) This Action is brought Pursuant 42 U.S.C. 1983 The Eighth Amendment to the United States Constitution. Jurisdiction is based upon 28 U.S.C. 1331, 1343, and 2202.

# C. BACKGROUND

(4) Plantiff, Jeremy Marcum At All times Relevant WAS housed in Quilliams unit 2, Pod 4, Cell # 401. On October 27th 2024, Sunday, between the hours of 10:30 Am – 1:00 Pm

# D. STATEMENT OF FACTS

(5) ON Sunday, October 27th At Approximately 10:45 Am While Plantiff WAS Secured in his Single Man Segregation Cell that WAS secured by the Regular door Locking Mechanism Along with the Deadbolt Locking Mechanism, wich is Welded to the outside of the door, & WAS Locked.

(6) At This time (10:45 Am) Plantiff Alleges And CAn proove WAY beyond Any shadow of doubt that Sergent Michael Dempsey used Excessive force against Plantiff by willfully, Maliciously and Sadisticly, Wrecklessly Assulting Plantiff with OC Pepperspray with the intent of WAnton infliction of PAin, with 4 or 5 bursts of Pepperspray over the course of 3-5 seconds to Punish Plantiff for being A Smart ellic, MAking Comments And mild insults verbally, All While C.O.1 ZAchary White Acted with deliberate indifference when he simply stood directly beside Sergent Dempsey And failed to intervene or even Attempt to intervene on Plantifs behalf.

(2)

(7) Defendants Michael Dempsey And Zachary White Were Acting within the Scope Of thier employment, and under color of state LAW of West Virginia, At All times Relevant herein.

(8) The intentional, Malicous & Sadistic, Willfull Acts and Omissions of both defendants directly Resulted in Plantiff being SubJected to And Suffering: SEVERE Pain, suffering, Temparary blindness, INtense burning of skin on the face, Arms, Neck, Chest, Stomache, And intense burning of Lungs, throat, NASAL PASSAges, And A DArk Red RAsh Did form on Plantiffes bodily Skin, Plantiff developed soar throat, CAughing & HAcking consistantly through out the following 7 days.

(9) Plantiff HAs Exhausted his Administrative Remedies
   SEE Exibit 1

(10) AS A further Direct proximAte Result Of the MAlicous and sadistic Chemical Assult by Sergent Michael Dempsey Along with C.O.1, ZAchAry Whites failure to intervene to Stop the Assult, Plantiff further Suffers: being in A State of Constant fear for his sAfety when Defendants Are on duty, PArANoiA that it MAy hAppen AgAin with Defendants, PAnnick AttAcks do to the pArAnoiA, Mental Anguish, Night SweAts, humiliAtion, embArrasment, and loss of Plantiffs Personal Dignity.

## E. Excessive Use of Force

(11) Plantiff Re-Alleges And incorperates by Reference each and every Allegation contained in paragraphs 1-10 As if fully set forth here in.

(12) Plantiff has undeniable Proof via 18 stationary Video cameras mounted to the walls and ceiling of Quilliams unit 2, Pod 4, Along with Eyewitness sworn Affidavits of eye witness & Plantiff SEE Exibits 2-3

(13) As Sergent Michael Dempsey And C.O.1, Zachary White were Shutting the open food slots on the bottom teir of Q2-Pod 4, Starting with Cell #408, working backwards that by the time Sergent Michael Dempsey & CO1 Zachary white made it to Plantiffs cell (#401) that Sergent Dempsey had managed to pull his OC pepperspray without Plantiff seeing, And As Sergent Dempsey Faked closing Plantiffs food slot, he quickly jerked it back open and began the 3-5 Second OC pepperspray chemical Saturation of Plantiff by Repeatedly spraying Plantiff 4-5 times At point blank Range all without making any Efforts to temper force, without giving Plantiff any comands, warnings, orders of Any kind. Plantiff Never posed Athreat to either of the 2 defendants safety, or the Plantiffs own safety, or Any State property. Plantiff NEVER, not 1 time kicked the door, or Punched the door. The entirety of this Paragraph Along with the other 12 Paragraphs Are evidence of Malicous and Sadistic intent, And Excessive use of force, IN violation of Plantiffs Constitutional Rights.

(4)

(14) As to the "Whitley" factors, there was absolutely no need for Physical force, So the Chemical Assult is therefore Excessive Use of force, wich violates Plantiffs Eighth Amendment Right to the United States Constitution, And by not making Any Efforts to temper force, or give Plantiff Any orders or comands further prooves And is evidence of Defendant Michael Dempsey & Defendant Zachary Whites Malicous and Sadistic and cruel intent, wich is therefore Wanton infliction of Pain & Suffering As Punishment

(15) It is clearly Established precedent that it is A violation of the Eighth Amendment for Prison officials to use mace, tear gas, or chemical Agents "in quantities greater then neccasary, or for the sole purpose of the infliction of pain".

(16) Both defendants knew or should have known that such Conduct was Resonably Certain to cause severe emotional Distress As well As Physical harm. Despite Said knowledge Defendants Dempsey & White Conducted themselves in A wrongfull mannor when Dempsey Physicaly Chemicaly Assulted Plantiff with OC spray while Plantiff posed no threat or harm As C.O.1, Zachary White Stood directly beside Sergent Dempsey and let it happen & Never made Any efforts what so ever to stop the Assult At Any time. C.O.1, Zachary White Stood About 8-10 inches beside Sergent Michael Dempsey.

(17) The OC Spraying was unwarrented, unneccasary, and unjustified. Both Dempsey & White's actions were done to Plantiff with the intent to inflict unneccasary harm, humiliation, embarrasment, physical pain, suffering, and emotional distress upon him and was done with malicous and sadistic intent with a wanton infliction of pain & suffering and was carried out under the color of state law of the State of West Virginia.

(18) The Conduct described here in deprived Plantiff of his Rights & Privileges under the Constitution of the United States of America.

(19) Defendant Zachary White Remained deliberatey indifferent to the chemical Attack, In wich he had ample oppurtunity to Stop Defendant Dempsey from Repeatedly OC Spraying Plantiff over the course of 3-5 seconds straight, Defendant White Rather chose to stand by and let it happen.

(20) The Conduct of Defendant Dempsey was so egregious so as to constitute of Plantifs Eighth Amendment Rights because the failure to temper, or give any comands or orders what so ever And the deliberate indifference to to the pain & suffering that would Result Are evidence of both defendants malicous & sadistic intent, wich violates Their Academy Training, MOCC Policy Procedure precedent And Plantiffs Eighth Amendment Right to the United States Constitution.

(6)

21) As a Result of the Aforementioned violation of Plantiffes Civil Rights, by both defendants, who Acted under color of State Law of West Virginia & within the scope of their employment, Plantiff has suffered: Mental Anguish, embarrasment, humiliation, and Physical injury and has otherwise been greatly damaged through both Defendants conduct and is there fore entitled to:

A. Compensatory Damages       —    15,000.00
B. Punitive Damages            —    15,001.00
C. Physical Pain And Suffering —    15,000.00
D. Mental Pain and Suffering Past/Future — 15,000.00
E. Humiliation, Embarrasment, Degradation — 15,000.00
                                    75,001.00

22) IN Addition to these Compensatory fees & other fees, Plantiff Seeks Also to Recover under 47 U.S.C. §§ 1988, the Attorneys fees and costs included during the course of this litigation.

23) The Repeated Actions And inactions by both defendants Against Plantiff were Reprehensible, willfull, and Wanton, Malicous & Sadistic, and in blatant Disreguard to the Rights owed to Plantiff, thereby Justifying An Award of Punitive damages to the extent that such damages Are covered by defendants Applicable insurance coverage.

(7)

Respectfully Submitted.

x _Jeremy M____

Jeremy Marcum #3518741
Mount Olive Correctional Complex
1 Mountain Side Way
Mount Olive, WV
25185

Pro-se



OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Jason A Wooten
Mount Olive Correctional Complex & Jail
1 Mountainside Way
Mount Olive WV 25185
My Commission Expires February 9, 2028

(8)

# VERIFICATION

STATE OF WEST VIRGINIA
COUNTY OF KANAWHA, to witt:

I, Jeremy Allen Maccum swear under the penalty of perjury depose and say that the facts contained in this Verified Complaint, are true, except insofar as they are therein stated to be upon information and belief, and that I believe them to be true.

x *Jeremy M*

DATE: 11-4-2024

Jeremy Maccum
Mount Olive Correctional Complex
one mountain side way
Mount Olive, WV
25185



OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Jason A Wooten
Mount Olive Correctional Complex & Jail
1 Mountainside Way
Mount Olive WV 25185
My Commission Expires February 9, 2028

(9)