Address: Mount olive Correctional complex
One Mountain Side way
Mt. olive wv 25185

# Sworn Affidavit of Colby Ruddlesden -3652421

I Colby Ruddlesden At all times relevant was an inmate @ Mt. olive Correctional Complex, housed in Quilliams unit 2, pod 4 in Cell 402 Whitch is Directly beside inmate Jeremy Marcum. On Oct. 27th 2024 During Chow (lunch) I was Laying in my bed, (I didnt Want Trey so I left it in the bean whole) After the CO's Shut my bean whole and went to Cell 1 (Jeremy Marcums Cell) to Close his bean Whole, I all the Sudden heard the hissing Sound of pepper spray cannister being sprayed. The OC was Sprayed about 3 or 4 times for about 4-5 Seconds into Jeremy Marcums cell. During Chow inmate Jeremy Marcum only said Stuff about co dempsy about how its Crazy he wont give my trey's to him, hed rather throw them away then to Let Jeremy Eat them. (All other co's Dont Mind giving my trey's I dont eat to him). Jeremy Marcum was just being a Smart ellic to dempsy about trey's and Something about dempsy writing him up and his Mustache or Something and thats when CO Dempsy started Spraying him (He NEVER) Kicked door or threw any trey's or anything to even get Sprayed. (He was Sprayed for being a Smart ellic whitch is NOT right).

I Colby Ruddlesden Do Declare under the penalty of perjury that this Sworn Affidavit is true and Correct to best of my Knowledge ? belief. I Swear it to be True and I will tesitfy on inmate Marcum's behalf @ trial if Neccasary.

11-2-24    Colby Ru~ 3652421