# SWORN Affidavit of Jeremy A. Marcum

ON 10-27-2024, while housed At M.O.C.C. Quilliams unit 2, Pod 4, Cell #401, As Sergent Michael Dempsey And C.O. 1, Zachary White were passing out the styrophome trays – I did make some smart ellic coments About how he would Rather throw Away the tray's my Neighbor don't eat then let me eat them, I told ~~[illegible]~~ –(yelled At a medium pitch – loud enough for dempsey to hear out in the pod) – the inmate in cell #5 how Dempsey was Acting like that peice of shit on his upper lip he calls a mustache. I talked to Cell #405 About how Dempsey wrote me up on 11-24-2024 Accusing me of "Assult" by saying that I threw A tray At him. when in truth Dempsey was over 20-25 feet Away from my cell and the tray fell maby 3 feet in front of my cell. yet, he still wrote me up. (I Did not Attempt, or throw the tray At him it Almost fell off the food slot into my cell floor, I tried to catch it, and tipped it over off the food Slot – And the tray literary landed 3 feet in front of my door, Dempsey is a lier. I can proove that lie on camera to – yet At this time I'm serving 60 dAys on punitive punishment ~~[illegible]~~ And Have to do An Extra year in the hole because of that (partly because of that). Anyhow As ~~[illegible]~~ Dempsey, followed by White were Shutting the open food Slots, Starting from Cell #408, when he got to my Cell, he Acted like he was closing my food Slot then real quick Jerked it back down And Started peppersppraying

me directly in the face, As I tried to sheild the pepperspray it covered my arms and neck, head, went up my shirt getting my stomache & chest area, And my collor bone area and head/ears... he would let off the sprayer, then re-aim and start spraying again I know because I tried to move sideways out of the way, he stopped, then the spray continued to hit where I moved to. This is blatant Excessive force without question, illegal, violating my 8th Amendment to be free from cruel & unusual punishment. He sprayed me for failing smach and CO White never once tried to stop him. They then, did decontaminate me After LT. Vess got here.

I Jeremy Marcum do hereby declare & swear under the penalty of perjury that the forgoing is true & correct to the very best of my knowledge and belief and I believe it to be true & correct, to the very best of my knowledge And belief.

*[signature]*

#3518741
Jeremy Marcum
Mount Olive Correctional Complex
1 Mountain Side Way, Mt. Olive
WV 25185

11-3-2024